**ALVERSON TAYLOR & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar #6228
**TREVOR WAITE, ESQ.**
Nevada Bar # 13779
6605 Grand Montecito Parkway
Suite 200
Las Vegas, Nevada 89149
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Action Financial Services, LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Joseph Valdez, Jr., individually and on behalf of all others similarly situated,<br>Plaintiff,<br><br>vs.<br><br>Action Financial Services, LLC,<br>Defendant. | Case No.: 3:20-cv-00015-LRH-CLB<br><br>**Stipulation for Defendant to amend the answer** |

    Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Joseph Valdez, Jr. ("Plaintiff") and Action Financial Services, LLC ("Defendant" and jointly as the "parties"), by and through their respective counsel, hereby stipulate to extend the time for Defendant to file an amend answer to the Amended Complaint by one week, with the new deadline being Friday September 4, 2020.

    This stipulation to extend the time to file an amended answer is brought today rather than Friday, August 28, 2020 (the original deadline to amend the answer), because Defense counsel was experiencing internet connectivity issues on Friday August 28, 2020. The parties would have filed this stipulation to extend time for Defendant to file an amended answer if it was not for this computer complication.

///

///

///

1      KRB/26574

In consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED that Defendant shall have until Friday September 4, 2020, to file and serve its amended answer to Plaintiff's Amended Complaint.

DATED this 31st day of August, 2020.

**ALVERSON TAYLOR & SANDERS**

/S/ Trevor R. Waite
KURT R. BONDS, ESQ.
Nevada Bar #6228
**TREVOR WAITE, ESQ.**
Nevada Bar # 13779
6605 Grand Montecito Parkway
Suite 200
Las Vegas, Nevada 89149
(702) 384-7000
*Counsel for Action Financial Services, LLC*

DATED this 31st day of August, 2020.

**KIND LAW**

/S/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
*Counsel for Joseph Valdez, Jr.*

**IT IS SO ORDERED**

_____
United States Magistrate Judge
August 31, 2020
Date

N:\CLIENTS\26500\26574\pleading\26574 SAO to file amended Answer.doc

2                                                           KRB/26574