# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **JOSEPH VALDEZ, JR.,** | Case No.: 3:20-cv-00015-LRH-CLB |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| **ACTION FINANCIAL SERVICES, LLC** | |
| Defendant(s). | |

Based upon the Parties' Stipulation, and good cause, this Court hereby orders the Action to be, and is, dismissed with prejudice with each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: **October 25, 2021.**

_____
LARRY R. HICKS
United States District Judge